MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2713

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
:
JOHN LAVIN,                                           **ANSWER**
:
      Plaintiff,            :      08 Civ. 2392 (BSJ) (DFE)

      v.                    :

THE UNITED STATES OF AMERICA,      :

:
      Defendant.
:
--------------------------------x

      Defendant, the United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, answers plaintiff's complaint on information and belief as follows:

      1.  Denies the allegations contained in paragraph 1 of the complaint, except admits plaintiff was entitled to receive medical care from the Department of Veterans Affairs.

      2.  Denies the allegations contained in paragraph 2 of the complaint, except admits plaintiff was treated at the Department of Veterans Affairs Medical Center at 130 West Kingsbridge Road, Bronx, New York from November 22 to November 23, 2004.

3. Admits the allegations contained in paragraph 3 of the complaint.

4. Paragraph 4 of the complaint constitutes plaintiff's legal argument to which no response is required, except admits that on or about November 17, 2006, a Form 95 Claim for Damage and Injury, was filed with the Department of Veterans Affairs, which alleged malpractice and negligence on the part of the Department of Veterans Affairs, Bronx Hospital, Bronx, New York, on behalf of John Lavin.

5. Admits the allegations contained in paragraph 5 of the complaint.

6. Paragraphs 6 and 7 of the complaint constitute plaintiff's legal argument to which no response is required.

7. Admits the allegations contained in paragraphs 8 and 9 of the complaint.

8. Denies the allegations contained in paragraphs 10, 11, and 12 of the complaint.

## DEFENSES

9. The injuries and damages alleged in the complaint were not proximately caused by a negligent or wrongful act or omission of an employee of the United States.

10. The plaintiff's recovery in this action is limited to $500,000.00, the amount of the claim which the plaintiff presented administratively. 28 U.S.C. § 2675(b).

11. Plaintiff is not entitled to a trial by jury.

WHEREFORE, defendant requests judgment dismissing the complaint, together with the costs and disbursements of this action, and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 19, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for Defendant

By: _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     86 Chambers Street, 3rd floor
     New York, New York  10007
     Telephone:  (212) 637-2713
     Fax:  (212) 637-2750
     Susan.Baird@usdoj.gov

TO:   Arthur G. Nevins, Jr., Esq.
       Attorney for Plaintiff
       225 Broadway
       New York, New York 10007